IN THE SUPREME COURT OF NORTH CAROLINA

No. 397A17

Filed 11 May 2018

SWAN BEACH COROLLA, L.L.C.; OCEAN ASSOCIATES, LP; LITTLE NECK TOWERS, L.L.C.; GERALD FRIEDMAN; NANCY FRIEDMAN; CHARLES S. FRIEDMAN; 'TIL MORNING, LLC; and SECOND STAR, LLC

v.

COUNTY OF CURRITUCK; THE CURRITUCK COUNTY BOARD OF COMMISSIONERS; and JOHN D. RORER, MARION GILBERT, O. VANCE AYDLETT, JR., H.M. PETREY, J. OWEN ETHERIDGE, PAUL MARTIN, and S. PAUL O'NEAL as members of the CURRITUCK COUNTY BOARD OF COMMISSIONERS

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, ___ N.C. App. ___, 805 S.E.2d 743 (2017), reversing an order entered on 25 November 2014 by Judge Cy A. Grant denying defendants' motion to set aside entry of default and vacating a default judgment entered on 9 May 2016 by Judge Milton F. Fitch, Jr., both in Superior Court, Currituck County. Heard in the Supreme Court on 17 April 2018.

*Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, L.L.P., by J. Mitchell Armbruster and Lacy H. Reaves, for plaintiff-appellants.*

*Brough Law Firm, PLLC, by G. Nicholas Herman; and Donald I. McRee, Jr., Currituck County Attorney, for defendant-appellees.*

*Conner Gwyn Schenck PLLC, by James S. Schenck, IV; and Amy Bason, General Counsel, for North Carolina Association of County Commissioners, amicus curiae.*

*Simonsen Law Firm, P.C., by Lars P. Simonsen and Micah R. Simonsen, for Northern Currituck Outer Banks Association, and Roger W. Knight, P.A., by Roger W. Knight, for Fruitville Beach Civic Association, amici curiae.*

*Opinion of the Court*

PER CURIAM.

AFFIRMED.